PROB 12C
(6/16)

Report Date: January 22, 2026

# United States District Court

**for the**

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

1/22/26

SEAN F. McAVOY, CLERK

ECF No. 898

| | |
|---|---|
| Name of Offender: Constance Bryant | Case Number: 0980 2:15CR00091-TOR-3 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99217 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: June 20, 2017 | |
| Original Offense: Conspiracy to Possess with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 | |
| Original Sentence: Prison - 78 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: March 16, 2021 |
| Defense Attorney: Federal Public Defender | Date Supervision Expires: March 15, 2026 |

## PETITIONING THE COURT

**To issue a SUMMONS**

On March 25, 2021, Ms. Constance Bryant signed her conditions relative to case number 2:15CR00091-TOR-3, indicating she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Ms. Bryant is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on multiple occasions occurring over the last month, and occurring most recently on or about January 18, 2026, based on her admission of such use. |
| | On January 20, 2026, Ms. Bryant was contacted telephonically by the undersigned officer and directed to report to the U.S. Probation Office's contract provider for urinalysis testing. Ms. Bryant committed to doing so, but subsequently failed to report as directed, citing her son's medical needs. |

Prob12C
**Re: Bryant, Constance**
**January 22, 2026**
**Page 2**

On January 21, 2026, Ms. Bryant was contacted and confronted as to her failure to report for urinalysis testing as directed. Ms. Bryant subsequently admitted to having relapsed on methamphetamine approximately a month ago, and to having now ingested methamphetamine on approximately five separate occasions in total, with her most recent use of the substance occurring on or about Sunday January 18, 2026.

2    **Special Condition # 3**: You are prohibited from all forms of gambling, and shall not enter, frequent, or be otherwise involved with any legal or illegal gambling establishment or activity.

**Supporting Evidence**: Ms. Bryant is alleged to have violated special condition number 3 by entering into and remaining present at Northern Quest Casino for the purpose of gambling on approximately ten separate occasions occurring over the last 3 months, based on her admission.

On January 20, 2026, Ms. Bryant was contacted telephonically by the undersigned officer in response to collateral information received, indicating that Ms. Bryant had traveled to a local gambling establishment over the weekend. Ms. Bryant denied having traveled to any such establishment over the weekend, but did admit to having traveled to Northern Quest Casino on approximately ten separate occasions, occurring over the last 3 months. Ms. Bryant advised that an acquaintance had funded her gambling, and she indicated her awareness that her conduct was prohibited based on her conditions.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 22, 2026

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C

**Re: Bryant, Constance**
**January 22, 2026**
**Page 3**

## THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [X]  The Issuance of a Summons
- [ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

_____
Thomas O. Rice
United States District Judge

January 22, 2026
Date