PROB 12C
(6/16)

Report Date: January 28, 2026

# United States District Court

### for the

### Eastern District of Washington

ECF No. 902

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Constance Bryant | Case Number: 0980 2:15CR00091-TOR-3 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99217 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 20, 2017

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 |
| Original Sentence: | Prison - 78 Months; TSR - 60 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| | Date Supervision Commenced: March 16, 2021 |
| Defense Attorney: | Federal Public Defender |
| | Date Supervision Expires: March 15, 2026 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/22/2026.

On March 25, 2021, Ms. Constance Bryant signed her conditions relative to case number 2:15CR00091-TOR-3, indicating she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Ms. Bryant is alleged to have violated mandatory condition number 3, by ingesting methamphetamine, as previously occurring on or about January 26, 2026, based on both urinalysis testing and her admission of such use. |
| | Specifically, on January 27, 2026, Ms. Bryant reported to the U.S. Probation Office as directed for the issuance of her Court issued summons, and to submit to urinalysis testing. Prior to testing, Ms. Bryant admitted to having ingested methamphetamine the day prior, January 26, 2026. Ms. Bryant's urinalysis sample tested consistent with her admission, and she did sign a drug use admission form serving to memorialize her admission. Following |

Prob12C
**Re: Bryant, Constance**
**January 28, 2026**
Page 2

testing, Ms. Bryant admitted to having drank water in excess, in an attempt to dilute her urinalysis sample.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 28, 2026

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice
United States District Judge

January 28, 2026
Date