PROB 12C
(6/16)

Report Date:  June 24, 2026

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2026

SEAN F. McAVOY, CLERK

ECF No. 930

Name of Offender: Constance Bryant       Case Number: 0980 2:15CR00091-TOR-3

Address of Offender: ███████████████  Spokane, Washington 99217

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 20, 2017

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 78 Months<br>TSR - 60 Months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: March 16, 2021 | |
| Defense Attorney: | Katie Elizabeth Kitchen | Date Supervision Expires: September 15, 2026 | |

### PETITIONING THE COURT

To issue a warrant.

On March 25, 2021, Ms. Constance Bryant signed her conditions relative to case number 2:15CR00091-TOR-3, indicating she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Ms. Bryant is alleged to have violated mandatory condition number 1, following her arrest on June 18, 2026, for the offenses of Obstructing a Law Enforcement Officer, in violation of R.C.W. 9A.76.020, a gross misdemeanor, and 2nd Degree Rendering Criminal Assistance, in violation of R.C.W. 9A.76.080, a gross misdemeanor.<br><br>On June 18, 2026, the undersigned officer received automated notification of Ms. Bryant's arrest in Spokane, Washington. On June 23, 2026, reports from the Spokane Police Department were received and reviewed by the undersigned officer. What follows is a brief synopsis of those reports.<br><br>On June 18, 2026, law enforcement responded to an apartment in Spokane occupied by the mother of the subject's grandson, following a report that Ms. Bryant's son, who maintained several felony warrants, may be at the location. Upon arrival, law enforcement made entry into the apartment, and described the subject's son as having jumped from a second story window in an attempt to evade law enforcement. A foot pursuit with the suspect followed. |

Prob12C
**Re: Bryant, Constance**
**June 24, 2026**
**Page 2**

During the events occurring above, Ms. Bryant was documented by law enforcement as having arrived at the location. Following the subject's son's decision to flee from law enforcement, law enforcement described Ms. Bryant as beginning to drive at a "rapid speed headed toward the exit of the apartment complex." It was the officer's belief that the subject was attempting to pick up her son in an attempt to help him evade capture. Another officer indicated in his report that it was "apparent" that the subject was trying to get ahead of law enforcement to "create enough space" that her son could access her vehicle. An officer subsequently placed himself between the subject's vehicle and her son, at which time he surrendered.

Officers further indicated that after being instructed to leave several times, Ms. Bryant instead parked nearby, continuing to "inject herself" into the incident, and despite being informed that further involvement would result in her arrest. They described Ms. Bryant as continuing to "wander" in the scene, after which they took her into custody.

On June 23, 2026, Ms. Bryant spoke with the undersigned officer at length both at the U.S. Probation Office and at her home. During the interactions, Ms. Bryant denied the accusations in the report, indicating that once she observed law enforcement attempting to locate her son she chose to leave the area and was traveling toward the exit of the complex when her son yelled for her, and she stopped to see several officers placing him under arrest. Ms. Bryant did admit that she did also later approach the area where law enforcement had her son under arrest, but she indicated she only did so out of concern for his health after officers announced that he had become unconscious. Ms. Bryant indicated that she had initially arrived at the location to assist her son in accessing inpatient treatment.

**Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: Ms. Bryant is alleged to have violated mandatory condition number 3, by ingesting methamphetamine on or about June 19, 2026, based on both urinalysis testing and her own admission of such use.

On June 23, 2026, Ms. Bryant reported to the U.S. Probation Office in Spokane as directed for both urinalysis testing and to further discuss her recent arrest occurring on June 18, 2026. It should be noted, earlier in the day the undersigned officer had taken a call from Ms. Bryant and her outpatient chemical dependency treatment provider, who revealed that Ms. Bryant had admitted to relapsing on methamphetamine occurring on or about June 19, 2026, following her release from custody.

Ms. Bryant subsequently reaffirmed the previous circumstance, later clarifying that she had observed an acquaintance on Monroe Street, following being bailed out of state custody, whom she asked about possessing methamphetamine. Ms. Bryant admitted that the individual provided her with the substance, after which she ingested it, stating that she suffered from a "case of the fuck its." Ms. Bryant signed a drug use admission form, and later admitted to driving with her 7-year-old grandson in the vehicle 90 minutes after ingesting the substance.

Following initial dialogue, Ms. Bryant provided a urine sample that tested presumptive positive for methamphetamine, fentanyl and MDMA. Ms. Bryant denied intentional use of the latter two substances and the sample was forwarded for laboratory verification.

Prob12C

**Re: Bryant, Constance**
**June 24, 2026**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | June 24, 2026 |
| | s/Chris Heinen |
| | Chris Heinen |
| | U.S. Probation Officer |

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Thomas O. Rice_

Signature of Judicial Officer

June 25, 2026

Date